JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-222 MJP |
| Plaintiff, | ) ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND TIME FOR PRETRIAL MOTIONS |
| vs. | ) ) | |
| EMILIO RAUL MATURIN, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from September 5, 2006, to October 10, 2006.

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Emilio Maturin*; #06-222MJP)           1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1    IT IS FURTHER ORDERED that pretrial motions be due August 31, 2006.

2    IT IS FURTHER ORDERED that the period of time from the current trial date of September 5, 2006, up to and including the new proposed trial date of October 10, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

     DONE this 2nd day of August, 2006.

                                    /S/Marsha J. Pechman
                                    THE HONORABLE MARSHA J. PECHMAN
                                    UNITED STATES DISTRICT JUDGE

Presented by:

s/  Jennifer E. Wellman
WSBA #  29193
Attorney for Emilio Raul Maturin
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:     (206) 553-0120
jennifer_wellman@fd.org

s/  Patricia Lally
Assistant United States Attorney
*Telephonic  Approval*

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Emilio Maturin*; #06-222MJP)            2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100